# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RAMON S. DAVILA, an individual

    Plaintiff,

v.                                         Case No. 3:19-cv-960-J-32JRK

DIVERSIFIED CONSULTANTS,
INC.,  a Florida Entity,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Stipulation for Final Order of Dismissal with Prejudice (Doc. 8), filed on November 12, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of November, 2019.

                                                          TIMOTHY J. CORRIGAN
                                                          United States District Judge

jb
Copies:

Counsel of record